IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ALLIE A. ROBBINS,<br><br>        Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC., and LEXISNEXIS RISK DATA MANAGEMENT, LLC,<br><br>        Defendants. | Case No.: 4:23-cv-00081 |

**DEFENDANTS LEXISNEXIS RISK SOLUTIONS INC. AND LEXISNEXIS RISK DATA MANAGEMENT LLC'S NOTICE OF REMOVAL**

Defendants LexisNexis Risk Solutions Inc. and LexisNexis Risk Data Management, LLC (collectively, Defendants), by and through undersigned counsel, hereby file this Notice of Removal of this action from the 16th Judicial Circuit Court, Jackson County, Missouri Small Claims Court where it is now pending as Case No. 2216-CV29083 (the "Civil Action") to the United States District Court for the Western District of Missouri. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendants show the Court as follows:

1. On or about December 29, 2022, Plaintiff Allie A. Robbins ("Plaintiff") filed her Complaint in the Civil Action. Copies of the Civil Action docket as well as all process, pleadings and orders in the Civil Action are attached to this Notice of Removal as **Exhibit A**.

2. The Summons and Complaint in the Civil Action were served on Defendants by certified mail on January 9, 2023. Therefore, this Notice of Removal is filed within the time prescribed by 28 U.S.C. § 1446(b)(1).

3. Defendants are the only Defendants in the Civil Action. Accordingly, each Defendant to the claims over which this Court has original jurisdiction under 28 U.S.C. § 1331 has joined in the removal of the Civil Action.

4. Plaintiff's Complaint involves claims arising under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (Compl.). Thus, the Civil Action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331, and which is removable by Defendants under the provisions of 28 U.S.C. § 1441 in that the matter arises under this Court's original jurisdiction and is founded on a claim or right arising under the Constitution, treaties, or laws of the United States and is removable without regard to citizenship or residence of the parties.

5. No proceedings have occurred in the Civil Action as of the date of this Notice of Removal. Defendants have not filed a response to the Complaint. Defendants hereby reserve any and all rights to assert any and all defenses and/or objections to the Complaint. Defendants further reserve the right to amend or supplement this Notice of Removal.

6. Venue for this case lies in the United States District Court for the Western District of Missouri, Western Division, pursuant to 28 U.S.C. § 1441(a), because the Civil Action was filed within this District and Division and the case is being removed from Jackson County, Missouri.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served this day upon Plaintiff and filed with the Clerk of the 16th Judicial Circuit Court, Jackson County, Missouri Associate Division. A copy of the notice to the state court clerk, without exhibits, is attached hereto as **Exhibit B**.

For the reasons stated above, this Civil Action is properly removed to this District Court.

Respectfully submitted,

THOMPSON COBURN LLP


By /s/ William R. Bay
    William R. Bay, #26977
    One US Bank Plaza
    St. Louis, MO 63101
    P: 314-552-6000
    F: 314-552-7000
    wbay@thompsoncoburn.com

Attorney for Defendants
LexisNexis Risk Solutions Inc. and
LexisNexis Risk Data Management, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on February 7, 2023, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, and was sent via U.S. Mail to the following:

Allie A. Robbins
4524 NE Blue Jay Dr.
Lee's Summit, Missouri 64064

*Pro Se Plaintiff*

                                           /s/ William R. Bay
                                           William R. Bay